FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**IN THE UNITED STATES DISTRICT COURT** 2019 SEP 19 PM 1:26
**FOR THE DISTRICT OF COLORADO**   JEFFREY P. COLWELL
CLERK

Civil Action No. '19 - CV - 02682   BY_____DEP. CLK

(To be supplied by the court)

*Aaron Jordan* _____, Plaintiff

v.

*Larry H. Miller Nissan* _____,

*Chris Doerschlag service manager* )

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in
the space provided, please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names. The names of the defendants listed in the above
caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should not
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include only: the
last four digits of a social security number; the year of an individual's birth; a minor's initials;
and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other
materials to the Clerk's Office with this complaint.**

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

*Aaron Jordan 19291 E Cottonwood Dr #422 Centennial CO 80138*
(Name and complete mailing address)

*720-425-3024 ajxeverliving@gmail.com*
(Telephone number and e-mail address)

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1: *Chris Dreschlog 10030 E Arapahoe Rd 80112*
(Name and complete mailing address)

*303-708-6882 WWW CarryHMiller Nissan Arapahoe*
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

**C.    JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☑ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

*42 U.S.CA Civil Rights Act of 1964 & 1968, Americans w/ Disabilities Act, title*

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.** **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: *Racial Harassment & bullying by a business*

Supporting facts:

- Over the year I experienced severe unwillingness to work on my vehicle from the technicians at the Arapaho location.
- Out of spite & car envy the individual mechanics at this dealership refused me service even after I prepaid money forcing me to sue for it.
- Chris Doerschlag Nissans service manager took me into his office & told me his mechanic Gary refused to work on my car out of bigotry. However, earlier he had stated I was banned due to me being a racist although that logic did not fly so he eventually confessed to his own employees fault outlined in my objection in small claims court. A.H.M. took financial freedom the dealership offers as Nissan is the manufacturer of the vehicle.

CLAIM TWO: *Restrictions meant for discrimination*

Supporting facts:

Their hate and any untrust I have stem from the history of business interactions from the Nissan dealership on Arapahoe Rd.

The service manager has taken steps to ban me from the dealership & any future business interactions out of unjust anomosity stemming from racist views of his employees.

I was singled out for punishment, embarrassed & demeaned infront of customers & told I exhibited behavior to justify banning me from not only receiving service, but credit, car parts, & sales.

Larry H. Miller under authority of Chris Doerschlag violated my 1st Amendment rights of Due Process. Larry H. Miller selectively enforced restrictions on me for financial & personal harm. I claim a Class of One claim, selective enforcement, & an Intent to coverup the racial bias of their employees

5

## E.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Took liability & damages for the unnecessary punishment, negligence, & hardship caused by the dealership. Require the dealership to pay plaintiff for racial embarrassment, & limitations imposed upon him inorder to service his vehicle.

## F.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
9/19/19
(Date)

(Revised December 2017)

Arapahoe County Court

1790 W. Littleton Blvd. Littleton, C0 80120


Plaintiff(s): Aaron Jordan

v.                                        Small Claims Court Case 2019c100459


Defendant(s): Larry H. Miller Nissan @ Arapahoe


## OBJECTION IN REPLY OF DEFENDANTS MOTION TO DISMISS


Let the record reflect that the plaintiff has been a regular customer to the

only Nissan dealership located on Arapahoe road for the previous 20 years. There

is no other Nissan dealership within proximity to the plaintiff's residence which is

why banning the plaintiff from receiving any future service, parts, sales, or

economic business with no logical reason violated not only his constitutional and

civil rights, but his rights as disabled.  Plaintiff claims that the Nissan dealership

violated his fourteenth amendment rights, rights covered under Civil Rights for

people with disabilities, Civil Rights Act of 1968 42 U.S.C.A, Property Rights of

Citizens 3617.  The Defendants are liable because the mechanic who refused to

touch or service the plaintiff's car (even after the dealership received payment) and

forced the plaintiff to hire and repay Tynans Nissan for the same engine repair

remains the nexus in the unjust animosity held to by the service manager of Larry

H. Miller Nissan.   Although their name has changed their unprofessionalism,

discriminatory customs, and employee bigotry toward certain customers remain the

same.

Plaintiff asserts the dealership used circumstances of his disability, his false

incarceration, and race classification to capitalize on his calamities and participate

in further harming him individually.  The dealership states there was no

relationship with the plaintiff, however, cash payments were made to evoke

responsibility along with regular correspondence from the plaintiff from prison to

prove a business contract existed.

Banning the plaintiff from the dealership is just another way the defendants

hindered the plight of the plaintiff to receive fair treatment from the money he

gave.  To be clear, Tynans Nissan replaced my engine and they were paid the same

way I paid Nissan on Arapahoe road.  A recite with writing showing cash

payments made (Exhibit  ).   Service Manager Chris Doershlag's attempt to hide

facts, use word play, and use Jim Crow tactics to cheat a disabled citizen out of

money is purely pathetic as a company head.  I was imprisoned for an HOA

violation and my papers, receipts, and valuables were stolen as the HOA

themselves admitted to this very court they changed my locks, however, they did

2

not state the items took out of my garage.  Although I am Black I am not a thief (as incorrectly portrayed) instead it is the clean shaven service manager who welcomes you into his dealership who is guilty of robbery and acts to cover their own employees hate.

Larry H. Miller is liable respondeat superior because Chris himself along with a witness took me in office and declared that "Gary", the same mechanic who wouldn't work on my car in 2015 still refuses to work on my car in 2019, to which I agreed at least he did not sabotage it like previous bigoted neighbors I have been forced to interact with have.  He then chose to demean my person by stating they were banning me because I was a racist and had used a racial slur against a Mexican though they themselves were white.  I believe Larry H. Miller and their employees are responsible because I was singled out and persecuted differently from other similarly situated customers.  I was bullied by the service manager, called a racist (although racism is used against me), and prohibited from business opportunities had from the dealership to which I have paid tens of thousands of dollars to.   Larry H. Miller is guilty of depriving me of proper due process, selectively enforcing a restriction on a disabled citizen for discriminatory purpose, displaying intention conduct meant to prevent the plaintiff equal protection of state laws, and receiving services from prepaid services or returning a refund for undone work.

3

The plaintiff amended the defendants name to Larry H. Miller.  However, the defendant's argument is based upon lies, false claims, and deceit meant to cover up their employee's racist tendencies.  Larry H. Miller attempts to influence the court to somehow make-believe Jordan acted inappropriately to justify their actions.  However, considering their known culpability and admitted history of stolen money proves the only truly injured party is the plaintiff.  Considering Mr. Jordan's money was taken by individuals in the same building the mistrust that Jordan displayed on paper is reasonable.  However, after admitting their mechanic refused to work on his car, using racial harassment as a means to bully the plaintiff, banning the plaintiff from the property knowing his money was taken, and preventing him from opportunities offered by the maker of his vehicle Constitutional indifference is shown.  The indifference displayed through the dealership exceeded normal customer service and the dealership is liable for injuries suffered because they were knowledgeable of the situation and failed to assist or competently direct the customer in the right direction as company head.  Although I knew the dealership had taken my money, I did not hold a grudge or ill-will as I continued doing business (Exhibit B).  Even if the Auto Nation is liable for the cash payments Larry H. Miller is still liable as a company for violating normal expected practice in customs and in prohibition practice.  Exhibit shows the cash paid to Tynans for the work Auto Nation refused.

9/19/19

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 SEP 19 PM 1:26

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
## for the

_(signature)_ )
Plaintiff/Petitioner )
)
_(signature)_ )
Defendant/Respondent )

Civil Action No.

'19 - CV - 02682

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _(signature)_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 9/19/19

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment (Disable) | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ 600 | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify):* | $ | $ | $ | $ |
| **Total monthly income:** | $ 600 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2.   List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | | | $ |
| | | | $ |

3.   List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.   How much cash do you and your spouse have? $ ___20.00___

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Wells Fargo | Checking | $ 20.00 | $ N/A |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* N/A | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ 2200 |
| Make and year: 93 Nissan | |
| Model: 300ZX | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* N/A | $ |
| Other assets *(Value)* | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Auto Nation | $ 1500 | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.   Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☐ Yes  ☐ No<br>Is property insurance included?  ☐ Yes  ☐ No | $ *1290.00*<br>*CE* | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ *200.00* | $ |
| Home maintenance *(repairs and upkeep)* | $ *100.00* | $ |
| Food | $ *300.00* | $ |
| Clothing | $ *200.00* | $ |
| Laundry and dry-cleaning | $ *100.00* | $ |
| Medical and dental expenses | $ *200.00* | $ |
| Transportation *(not including motor vehicle payments)* | $ *300.00* | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ *220.00* | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* |  |  |
|      Homeowner's or renter's: | $ | $ |
|      Life: | $ | $ |
|      Health: | $ | $ |
|      Motor vehicle: | $ *80.00* | $ |
|      Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments |  |  |
|      Motor vehicle: | $ | $ |
|      Credit card *(name):* | $ | $ |
|      Department store *(name):* | $ | $ |
|      Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239  (Rev  12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ 3470.00 .00 | $ 0.00 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes   ☒ No     If yes, describe on an attached sheet.

.10.  Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☒ Yes   ☐ No

    If yes, how much?   $  *250.00*

11.  Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12.  Identify the city and state of your legal residence.   *Parker, Colorado*

    Your daytime phone number:   *920-425-3024*

    Your age:  *42*   Your years of schooling:   *7*

    Last four digits of your social-security number:   *5531*